**DISMISS; and Opinion Filed January 6, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01173-CV

**DENA JOHNSON, Appellant**
**V.**
**CITIBANK (SOUTH DAKOTA) NA, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-02409**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lewis

On December 4, 2013, the Court reinstated this appeal, which had been abated due to the bankruptcy filing of appellant. We ordered appellant to file, within ten days, either a motion to dismiss the appeal or a motion to maintain the appeal explaining why it should be maintained on the Court's docket. We warned appellant that if we did not receive either within the time specified, we would, without further notice, dismiss the appeal. To date, appellant has not filed any motions nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/David Lewis/
DAVID LEWIS
JUSTICE

111173F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DENA JOHNSON, Appellant

No. 05-11-01173-CV     V.

CITIBANK (SOUTH DAKOTA) NA,
Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-02409.
Opinion delivered by Justice Lewis,
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of the appeal.

Judgment entered this 6th day of January, 2014.


/David Lewis/
DAVID LEWIS
JUSTICE